Log#477

☆FILED☆

2017 DEC 15 PM 11:48

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT
E.D.N.Y.

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. 14-42243-ess _____ Adv. Pro. No. _(if applicable)_____

### Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| Zhan W. Cao<br>J.C.Investor, LLC | Lori Lopin Jones<br>Providence Ridge Associate |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| N/A | Holly R. Holecek<br>La monica Herbst & Maniscalco, LLP |

BASIS OF JURISDICTION: Federal Question  Should the court granting an extension for the applicants to obtain an attorney when applicant is ancorpoation as a matter of law?

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal (_Write brief statement of cause._)

*PLease See attached

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE  N/A _____    DOCKET NUMBER_____

_CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:_

☐ _1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT_
☐ _2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION_
☐ _3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK_

Date: 12/13/17 _____    Signature of Attorney of Record: Zhan W. Cao
                               [_or Appellant Pro Se_]    J. C. Investor, LLC    pro-se

                                    By ____ member

FOR COURT USE ONLY

APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

# Brief statement of cause

**First**, Nov. 8, 2017 is hearing for applicants' extension, the court issued an order (Docket#176 on Nov. 3, 2017) the court improperly denied in an error (Please see attached as Exhibit A), Zhan W. Cao and J. C. Investor, LLC who are the current shareholders of the debtor's application (Docket#175) for a final extension due to fact that Zhan W. Cao had medical problem and J. C. Investor, LLC needed an attorney to represent the corporation and we are both pro-se. A corporation must represent by an attorney as matter of the law. Therefore, the court should grant the applicants' extension for the applicants to reply to the trustee and Providence Ridge Associates, LP's opposition in order summary the entire order to show cause, so the court can see clearly and will make a proper decision  and also there was a reasonable excuse was that Zhan W. Cao was getting better for me medical problem and able to obtain an attorney.

**Second,** the applicants had meritourise defense and a prima facie case showing Zhan W. Cao and J.C.Investor,LLC are the current shareholders of the debtor and entitled to these money.

**Third,** the court made a major in error with names (Please see attached Exhibit B) that *Page 4* listed Li Ping Cao appeared in the court which she never appeared in the court for the hearing, I , Zhan W. Cao did appeared in the court for my application.

Official Form 17A (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Zhan W. Cao and J. C. Investor, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Shareholders fo the debtor

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Docket#180 &#181

2. State the date on which the judgment, order, or decree was entered: 11/14/17

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Zhan W. Cao    Attorney: Pro-se
   J. C.Investor, LLC                Pro-se
   42-06A Bell Blvd.#108
   Bayside, NY 11361
   Tel:917-257-9685

2. Party: _____    Attorney: _____
   Lorri Lapin Jone              La Monica Herbst & Maniscalco, LLP
   98 Cutter Mill Road           Holly R. Holecek
   Suite 201 North               3305 Jerusalem Ave.
   Great Neck, NY 11021          Wantagh, NY 11793
   Tel: 516-466-4110
   Providence Ridge Assoc.
   C/o Dana Plon, Esq.       ⟸   same
   123 South Broad Street
   Phili, PA 19109
   Tel: 215-864-9700

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: ___12/13/17___

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

~~Zhan W. Cao~~
~~J.C. Investor, LLC~~
~~42-06A Bell Blvd. #108~~
~~Bayside, NY 11361~~
Tel:  917-257-9585

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

This Notice of appeal is filed pending retention of an attorney.

Official Form 17B (12/14)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s):

   _____ Zhan W. Cao and J. C. Investor, LLC _____

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe)  Shareholders of the debtor,
   (ASIAN Expandere, Inc.

## Part 2:  Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below      J.C Investor, LLC

*Zhan W. Cao*  By  *Zhan W. Cao*    Date:   12/13/17 _____
                           member
Signature of attorney for appellee(s) (or appellee(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellee(s) if not represented by an attorney):

~~Zhan W. Cao~~
~~J.C. Investor, LLC~~
42-06A Bell Blvd. Suite, 108
Bayside, NY 11361
Tel: 1917-257-9585

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                          Chapter 7
                                                                Case No.: 14-42243-ess
ASIAN EXPANDERE, INC.,

                        Debtor.
------------------------------------------------------x

## ORDER DENYING MOTION TO EXTEND TIME

WHEREAS, on May 2, 2014, Asian Expandere, Inc. filed a voluntary petition for relief

under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on August 1, 2014, the Court issued an order converting this case to a case

under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on August 6, 2014, Lori Lapin Jones was appointed as the Chapter 7 Trustee

in this case (the "Trustee"); and

WHEREAS, on March 11, 2016, the Trustee filed a final report and proposed distribution

and application for compensation (the "Final Report"); and

WHEREAS, on March 11, 2016, the United States Trustee filed a statement of no

objection with respect to the Final Report; and

WHEREAS, on March 14, 2016, Li Ping Cao and Zhan Peng Cao (the "Shareholders"),

by counsel, filed a motion to object, reclassify, reduce, or expunge claim one (the "Claim

Objection Motion") held by Providence Ridge Associates, L.P. ("Providence Ridge"); and

WHEREAS, on April 21, 2016, the Trustee filed a response to the Claim Objection

Motion; and

WHEREAS, on April 21, 2016, Providence Ridge filed opposition to the Claim

Objection Motion; and

*Exhibit A*

WHEREAS, on April 28, 2016, the Court held a hearing on the Final Report and the Claim Objection Motion at which the Shareholders, the Trustee, and Providence Ridge, appeared and were heard; and

WHEREAS, at the April 28, 2016, hearing, the Court approved the Final Report, as reflected in the record, and marked off the Claim Objection Motion; and

WHEREAS, on May 6, 2016, the Court issued an order approving the Final Report which directed, among other things, that the distribution to Providence Ridge be made to Sirlin Lesser & Benson, P.C., as escrow agent, to be held in escrow and to be released only pursuant to (a) an Order of a court of competent jurisdiction or (b) presentation of a joint direction letter executed by (i) Providence Ridge, (ii) Li Ping Cao, and (iii) Zhan Peng Cao; and

WHEREAS, on June 6, 2016, the Shareholders filed, among other things, an application for an emergency order to show cause (the "Application") requesting that the Court reconsider the Shareholder's Claim Objection Motion; and

WHEREAS, on June 15, 2016, the Court issued an Order scheduling a hearing on the Application and the relief requested therein for July 6, 2016; and

WHEREAS, on June 21, 2016, the Trustee filed an objection to the Application; and

WHEREAS, on June 22, 2016, Providence Ridge filed an objection to the Application and joined in the Trustee's objection to the Application; and

WHEREAS, from time to time, the Shareholders have filed applications for an order to show cause requesting extensions to respond to the opposition to the Application filed by the Trustee and Providence as well as adjournments of the hearings on the Application and the relief requested therein, and in the interests of justice, the Court has granted those applications; and

WHEREAS, on July 20, 2017, Providence Ridge filed a supplemental objection to the Application; and

WHEREAS, on September 14, 2017, the Shareholders filed an application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence and an adjournment of the September 19, 2017, hearing; and

WHEREAS, on September 25, 2017, the Court issued an Order granting an extension of time and scheduling a final hearing on the Application for November 8, 2017; and

WHEREAS, on November 2, 2017, the Shareholders filed an application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence and an adjournment of the November 8, 2017, hearing; and

WHEREAS, on November 3, 2017, the Court issued an Order stating that the Court would consider the request for an extension at the November 8, 2017, hearing.

NOW THEREFORE, it is hereby

ORDERED, that noting the full, complete, and extensive record before the Court, the prior requests for adjournments which were allowed by Orders dated July 1, 2016, August 4, 2016, September 7, 2016, September 28, 2016, November 2, 2016, January 17, 2017, March 3, 2017, May 11, 2017, July 17, 2017, and September 25, 2017, and the full record made at the November 8, 2017, hearing at which the Debtor's shareholder Li Ping Cao, appeared and was heard, the application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence is denied.

**Dated: Brooklyn, New York**
**November 14, 2017**

Elizabeth S. Stong
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Asian Expandere, Inc.
42-06A Bell Blvd #300
Bayside, NY 11361

Sadatu Salami-Oyakhilome
147-26 Hillside Avenue
Jamaica, NY 11435

Dan Shaked
44 Court Street
Suite 1217
Brooklyn, NY 11201

Lori Lapin Jones
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021

Holly R. Holecek
3305 Jerusalem Avenue
Wantagh, NY 11793

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Dana S. Plon, Esq.
Attorney for Providence Ridge Associates, LP
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

Zhan Peng Cao
38 E. Broadway
Apt. #5
New York, NY 10002

Li Ping Cao
1810 E Ridge Pike
Royersford, PA 19468

Zhan Peng Cao
1810 E. Ridge Pike
Royersford, PA 19468

Dennis J. O'Sullivan
210-13 210th Street
Bayside, NY 11361

Ai G. Zhang
42-06A Bell Boulevard #239
Bayside, NY 11361

United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 14-42243-ess
Asian Expandere, Inc.                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: adobson          Page 1 of 1          Date Rcvd: Nov 15, 2017
                             Form ID: pdf000         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db        +Asian Expandere, Inc.,    42-06A Bell Blvd #300,   Bayside, NY 11361-2862
intp      +Li Ping Cao,    1810 E Ridge Pike,   Royersford, PA 19468-2872
stkhld    +Li Ping Cao,    42-06A Bell Blvd,   #300,   Bayside, NY 11361-2862
intp      +Zhan Peng Cao,    1810 E. Ridge Pike,   Royersford, PA 19468-2872
intp      +Zhan W. Cao,    38 E. Broadway,   Apt. #5,   New York, NY 10002-6800
stkhld    +Zhanpeng Cao,   c/o Asian Expandere Inc,    42-06A Bell Boulevard,   Bayside, NY 11361-2862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
        Dan  Shaked   on behalf of Debtor   Asian Expandere, Inc. dan@shakedandposner.com
        Dan  Shaked   on behalf of Attorney  Shaked Law Group, P.C. dan@shakedandposner.com
        Dana S Plon   on behalf of Creditor   Providence Ridge Associates, LP dplon@sirlinlaw.com
        Dennis J O'Sullivan   on behalf of Stockholder Li Ping Cao breifne@Live.com
        Dennis J O'Sullivan   on behalf of Stockholder Zhanpeng  Cao breifne@Live.com
        Gary F. Herbst   on behalf of Trustee Lori Lapin Jones gh@lhmlawfirm.com
        Holly R. Holecek   on behalf of Trustee Lori Lapin Jones hrh@lhmlawfirm.com
        Lori Lapin Jones   ljones@jonespllc.com,   lljones@ecf.epiqsystems.com;N265@ecfcbis.com
        Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
        Sadatu Salami-Oyakhilome   on behalf of Debtor   Asian Expandere, Inc. sadatuesq@aol.com
                                                                          TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:

ASIAN EXPANDERE, INC.,

                    Debtor.

--------------------------------------------------------x

             Chapter 7
             Case No.: 14-42243-ess

### ORDER DENYING MOTION TO EXTEND TIME

       WHEREAS, on May 2, 2014, Asian Expandere, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

       WHEREAS, on August 1, 2014, the Court issued an order converting this case to a case under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on August 6, 2014, Lori Lapin Jones was appointed as the Chapter 7 Trustee in this case (the "Trustee"); and

       WHEREAS, on March 11, 2016, the Trustee filed a final report and proposed distribution and application for compensation (the "Final Report"); and

       WHEREAS, on March 11, 2016, the United States Trustee filed a statement of no objection with respect to the Final Report; and

       WHEREAS, on March 14, 2016, Li Ping Cao and Zhan Peng Cao (the "Shareholders"), by counsel, filed a motion to object, reclassify, reduce, or expunge claim one (the "Claim Objection Motion") held by Providence Ridge Associates, L.P. ("Providence Ridge"); and

       WHEREAS, on April 21, 2016, the Trustee filed a response to the Claim Objection Motion; and

       WHEREAS, on April 21, 2016, Providence Ridge filed opposition to the Claim Objection Motion; and

Case 1-14-42243-ess    Document 181    Filed 11/17/17    Entered 11/18/17 00:22:04    Pg 13

WHEREAS, on April 28, 2016, the Court held a hearing on the Final Report and the Claim Objection Motion at which the Shareholders, the Trustee, and Providence Ridge, appeared and were heard; and

WHEREAS, at the April 28, 2016, hearing, the Court approved the Final Report, as reflected in the record, and marked off the Claim Objection Motion; and

WHEREAS, on May 6, 2016, the Court issued an order approving the Final Report which directed, among other things, that the distribution to Providence Ridge be made to Sirlin Lesser & Benson, P.C., as escrow agent, to be held in escrow and to be released only pursuant to (a) an Order of a court of competent jurisdiction or (b) presentation of a joint direction letter executed by (i) Providence Ridge, (ii) Li Ping Cao, and (iii) Zhan Peng Cao; and

WHEREAS, on June 6, 2016, the Shareholders filed, among other things, an application for an emergency order to show cause (the "Application") requesting that the Court reconsider the Shareholder's Claim Objection Motion; and

WHEREAS, on June 15, 2016, the Court issued an Order scheduling a hearing on the Application and the relief requested therein for July 6, 2016; and

WHEREAS, on June 21, 2016, the Trustee filed an objection to the Application; and

WHEREAS, on June 22, 2016, Providence Ridge filed an objection to the Application and joined in the Trustee's objection to the Application; and

WHEREAS, from time to time, the Shareholders have filed applications for an order to show cause requesting extensions to respond to the opposition to the Application filed by the Trustee and Providence as well as adjournments of the hearings on the Application and the relief requested therein, and in the interests of justice, the Court has granted those applications; and

2

WHEREAS, on July 20, 2017, Providence Ridge filed a supplemental objection to the Application; and

WHEREAS, on September 14, 2017, the Shareholders filed an application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence and an adjournment of the September 19, 2017, hearing; and

WHEREAS, on September 25, 2017, the Court issued an Order granting an extension of time and scheduling a final hearing on the Application for November 8, 2017; and

WHEREAS, on November 2, 2017, the Shareholders filed an application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence and an adjournment of the November 8, 2017, hearing; and

WHEREAS, on November 3, 2017, the Court issued an Order stating that the Court would consider the request for an extension at the November 8, 2017, hearing.

NOW THEREFORE, it is hereby

ORDERED, that noting the full, complete, and extensive record before the Court, the prior requests for adjournments which were allowed by Orders dated July 1, 2016, August 4, 2016, September 7, 2016, September 28, 2016, November 2, 2016, January 17, 2017, March 3, 2017, May 11, 2017, July 17, 2017, and September 25, 2017, and the full record made at the November 8, 2017, hearing at which the Debtor's shareholder Li Ping Cao, appeared and was heard, the application for an order to show cause requesting a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence is denied.

Dated: Brooklyn, New York
November 14, 2017

Elizabeth S. Stong
United States Bankruptcy Judge

3

TO:

Asian Expandere, Inc.
42-06A Bell Blvd #300
Bayside, NY 11361

Sadatu Salami-Oyakhilome
147-26 Hillside Avenue
Jamaica, NY 11435

Dan Shaked
44 Court Street
Suite 1217
Brooklyn, NY 11201

Lori Lapin Jones
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021

Holly R. Holecek
3305 Jerusalem Avenue
Wantagh, NY 11793

LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Dana S. Plon, Esq.
Attorney for Providence Ridge Associates, LP
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

Zhan Peng Cao
38 E. Broadway
Apt. #5
New York, NY 10002

Li Ping Cao
1810 E Ridge Pike
Royersford, PA 19468

Zhan Peng Cao
1810 E. Ridge Pike
Royersford, PA 19468

Dennis J. O'Sullivan
210-13 210th Street
Bayside, NY 11361

Ai G. Zhang
42-06A Bell Boulevard #239
Bayside, NY 11361

## U.S. Bankruptcy Court
### Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-14-42243-ess

| | |
|---|---|
| Date filed: | 05/02/2014 |
| Date converted: | 08/01/2014 |
| 341 meeting: | 09/04/2015 |
| Deadline for filing claims: | 02/04/2015 |

*Assigned to:* Elizabeth S. Stong
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

**Debtor**
**Asian Expandere, Inc.**
42-06A Bell Blvd #300
Bayside, NY 11361
QUEENS-NY
Tax ID / EIN: 20-8577195

represented by **Sadatu Salami-Oyakhilome**
147-26 Hillside Avenue
Law Offices of Salami-
Oyakhilome, P.C.
Jamaica, NY 11435
(718) 298-6029
Fax : (718) 298-6021
Email: sadatuesq@aol.com

**Dan Shaked**
Shaked Law Group, P.C.
44 Court Street
Suite 1217
Brooklyn, NY 11201
917-373-9128
Email: dan@shakedandposner.com

**Trustee**
**Lori Lapin Jones**
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 201 North
Great Neck, NY 11021
(516) 466-4110
Email: ljones@jonespllc.com

represented by **Gary F. Herbst**
LaMonica Herbst & Maniscalco,
LLP
3305 Jerusalem Avenue, Suite 201
Wantagh
Wantagh, NY 11793
(516) 826-6500
Fax : (516) 826-0222
Email: gh@lhmlawfirm.com

**Holly R. Holecek**
LaMonica Herbst & Maniscalco
LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500
Fax : (516) 826-0222
Email: hrh@lhmlawfirm.com

*Exhibit B*

**U.S. Trustee**
**Office of the United States Trustee**

Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2017 | <u>165</u><br>(6 pgs) | Motion to Extend Time *to Reply to Trustee's Opposition and Providence Ridge Associates, LLC's Opposition and the Court Appearance on August 25, 2017* Filed by Zhan W. Cao. (mem). Related document(s) <u>114</u> Motion, <u>123</u> Objection filed by Trustee Lori Lapin Jones, <u>124</u> Objection filed by Creditor Providence Ridge Associates, LP, <u>152</u> Order to Schedule Hearing (Generic), <u>156</u> Generic Order, <u>159</u> Generic Order, <u>162</u> Generic Order. (Entered: 07/12/2017) |
| 07/11/2017 | <u>166</u><br>(173 pgs; 2 docs) | Amended Affidavit in Support Filed by Zhan Peng Cao (RE: related document(s)<u>114</u> Generic Motion) (Attachments: # <u>1</u> Pt 2) (mem) (Entered: 07/12/2017) |
| 07/17/2017 | <u>167</u><br>(6 pgs; 2 docs) | Order Scheduling Adjourned Hearing on September 19, 2017, at 10:00a.m; the Shareholders request for a two-month extension to respond to the opposition to the Application filed by the Trustee and Providence, and an adjournment of the July 19, 2017 hearing is granted; opposition to the Application and the relief requested therein may be served and filed to be received by September 11, 2017 (RE: related document(s)<u>165</u> Motion to Extend Time filed by Interested Party Zhan W. Cao). Signed on 7/17/2017. Hearing scheduled for 9/19/2017 at 10:00 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (ads) (Entered: 07/17/2017) |
| 07/19/2017 | <u>168</u><br>(6 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 07/19/2017. (Admin.) (Entered: 07/20/2017) |
| 07/19/2017 | | Adjourned Without Hearing (related document(s): <u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing (Generic), <u>123</u> Objection filed by Lori Lapin Jones, <u>124</u> Objection filed by Providence Ridge Associates, LP, <u>134</u> Order to Schedule Hearing (Generic), <u>142</u> Order to Schedule Hearing (Generic), <u>145</u> Order to Schedule Hearing (Generic), <u>152</u> Order to Schedule Hearing (Generic)) Hearing scheduled for 09/19/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 07/20/2017) |
| 07/20/2017 | <u>169</u><br>(7 pgs) | Supplemental Objection *to Application filed by Shareholders of Debtor* Filed by Dana S Plon on behalf of Providence Ridge Associates, LP (RE: related document(s)<u>112</u> Order for Compensation <u>113</u> Affidavit <u>114</u> Motion <u>115</u> Affidavit <u>116</u> Affidavit <u>117</u> Affidavit <u>123</u> Objection <u>124</u> Objection) (Plon, Dana). (Entered: 07/20/2017) |

| | | |
|---|---|---|
| 09/14/2017 | <u>170</u><br>(45 pgs) | Motion to Extend Time *to Reply to Trustee's Opposition and Providence Ridge Associates, LLC's Opposition and the Court Appearance on September 19, 2017* Filed by Zhan W. Cao ( related document(s)<u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing , <u>123</u> Objection , <u>124</u> Objection , <u>152</u> Order to Schedule Hearing , <u>156</u> Generic Order, <u>159</u> Generic Order) , <u>165</u> Motion to Extend Time filed by Interested Party Zhan W. Cao). (mem) (Entered: 09/18/2017) |
| 09/14/2017 | <u>171</u><br>(89 pgs) | Motion to Extend Time *to Reply to Trustee's Opposition and Providence Ridge Associates, LLC's Opposition and the Court Appearance on September 19, 2017*, in addition to Motion to Intervene Filed by Ai G. Zhang (related document(s)<u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing , <u>123</u> Objection , <u>124</u> Objection , <u>152</u> Order to Schedule Hearing , <u>156</u> Generic Order, <u>159</u> Generic Order) (<u>165</u> Motion to Extend Time , <u>170</u> Motion to Extend Time filed by ). (mem) (Entered: 09/18/2017) |
| 09/18/2017 | <u>172</u><br>(1 pg) | Letter *requesting to appear telephonically* Filed by Dana S Plon on behalf of Providence Ridge Associates, LP (RE: related document(s)<u>114</u> Generic Motion) (Plon, Dana) (Entered: 09/18/2017) |
| 09/19/2017 | | Adjourned Without Hearing (related document(s): <u>165</u> Motion to Extend Time filed by Zhan W. Cao, <u>167</u> Order to Schedule Hearing (Generic)) Hearing scheduled for 11/08/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 09/25/2017) |
| 09/19/2017 | | Adjourned Without Hearing (related document(s): <u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing (Generic), <u>123</u> Objection filed by Lori Lapin Jones , <u>124</u> Objection filed by Providence Ridge Associates, LP, <u>130</u> Letter filed by Zhan W. Cao, <u>134</u> Order to Schedule Hearing (Generic), <u>142</u> Order to Schedule Hearing (Generic), <u>145</u> Order to Schedule Hearing (Generic)) Hearing scheduled for 11/08/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sjackson) (Entered: 09/25/2017) |
| 09/25/2017 | <u>173</u><br>(6 pgs; 2 docs) | Order Scheduling Adjourned Hearing of the September 19, 2017 hearing to November 8, 2017, at 10:00 am; reply to the opposition to the Application and the relief requested therein may be served and filed to be received by November 1, 2017; absent exigent circumstances, the November 8, 2017 date is the final adjournment date. (RE: related document(s)<u>114</u> Generic Motion, <u>165</u> Motion to Extend Time filed by Interested Party Zhan W. Cao, <u>170</u> Motion to Extend Time filed by Interested Party Zhan W. Cao). Signed on 9/25/2017 (ads) (Entered: 09/25/2017) |
| 09/27/2017 | <u>174</u> | BNC Certificate of Mailing with Application/Notice/Order |

| | | |
|---|---|---|
| | (7 pgs) | Notice Date 09/27/2017. (Admin.) (Entered: 09/28/2017) |
| 11/02/2017 | <u>175</u><br>(96 pgs) | Motion to Extend Time *To Reply to Trustee's Opposition and Providence Ridge Associates, LLC's Opposition and the Court Appearance on January 11, 2018* Filed by Zhan W. Cao ( related document(s)<u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing , <u>123</u> Objection , <u>124</u> Objection , <u>152</u> Order to Schedule Hearing , <u>156</u> Generic Order, <u>159</u> Generic Order) , <u>165</u> Motion to Extend Time filed by Interested Party Zhan W. Cao <u>170</u> Motion to Extend Time filed by Interested Party Zhan W. Cao, <u>173</u> Generic Order)(cns). (Entered: 11/03/2017) |
| 11/03/2017 | <u>176</u><br>(6 pgs; 2 docs) | Order Scheduling Hearing(RE: related document(s)<u>175</u> Motion to Extend Time filed by Interested Party Zhan W. Cao). Signed on 11/3/2017Hearing scheduled for 11/8/2017 at 10:00 AM at Courtroom 3585 ( Judge Stong), Brooklyn, NY. (sej) (Entered: 11/03/2017) |
| 11/08/2017 | <u>177</u> | Exhibit - P.A. Liquor Control Board regarding the liquor license and assignment and lease addendum III Filed by Zhan W. Cao (related document(s)<u>114</u> Generic Motion) (mna) (Entered: 11/08/2017) |
| 11/08/2017 | <u>178</u><br>(59 pgs; 4 docs) | Exhibits Filed by Zhan W. Cao (related document(s)<u>114</u> Generic Motion) (Attachments: # <u>1</u> Letter to Dana S Plon # <u>2</u> Argument on Plaintiff Motion for Summary Judgment # <u>3</u> Recorded Deeds) (mna) (Entered: 11/08/2017) |
| 11/08/2017 | | Hearing Held; (related document(s):<u>165</u> Motion to Extend Time filed by Zhan W. Cao, <u>167</u> Order to Schedule Hearing (Generic)) Appearance by or on behalf of Debtor, Trustee and Providence Ridge - Denied - Court to issue order (sjackson) (Entered: 11/08/2017) |
| 11/08/2017 | | Hearing Held; (related document(s): <u>114</u> Generic Motion, <u>120</u> Order to Schedule Hearing (Generic), <u>123</u> Objection filed by Lori Lapin Jones, <u>124</u> Objection filed by Providence Ridge Associates, LP, <u>134</u> Order to Schedule Hearing (Generic), <u>142</u> Order to Schedule Hearing (Generic), <u>145</u> Order to Schedule Hearing (Generic), <u>152</u> Order to Schedule Hearing (Generic)) Appearance by or on behalf of Debtor, Trustee and Providence Ridge - Record closed - Decision reserved. (sjackson) (Entered: 11/08/2017) |
| 11/08/2017 | <u>179</u><br>(6 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 11/08/2017. (Admin.) (Entered: 11/09/2017) |
| 11/14/2017 | <u>180</u><br>(6 pgs; 2 docs) | Order Denying Motion to Extend Time (RE: related document(s)<u>165</u> Motion to Extend Time filed by Interested Party Zhan W. Cao, <u>167</u> Order to Schedule Hearing). Signed on 11/14/2017 (ads) (Entered: 11/15/2017) |

*Mistake* (handwritten annotation)

| 11/17/2017 | 181 (6 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 11/17/2017. (Admin.) (Entered: 11/18/2017) |
|---|---|---|
| 11/17/2017 | 182 (1 pg) | Order Directing Clerk's Office to restrict access to the document # 177. The filer is ordered to re-file the document together with all attachments, redacted as required by Bankruptcy Rule 9037, on or before 12/8/2017 (RE: related document(s)177 Exhibit filed by Interested Party Zhan W. Cao). Signed on 11/17/2017 (ads) (Entered: 11/20/2017) |
| 11/29/2017 | 183 (8 pgs) | Order Denying Application for Order to Show Cause; noting the full, complete, and extensive record before the Court, and based on the entire record, the Shareholders Application is denied. (Related Doc # 114) Signed on 11/29/2017. (ads) (Entered: 11/30/2017) |
| 11/30/2017 | 184 (9 pgs; 2 docs) | Court's Service List (RE: related document(s)183 Order) (ads) (Entered: 11/30/2017) |
| 12/02/2017 | 185 (9 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 12/02/2017. (Admin.) (Entered: 12/03/2017) |
| 12/08/2017 | 186 (52 pgs) | Redacted Exhibits Filed by Zhan W. Cao ( related document(s)177 Exhibit filed , 182 Judicial Determination Concerning Placement of a Restriction on a Filed Document) (mem) (Entered: 12/11/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/15/2017 22:37:02 | | |
| PACER Login: | goldencao1:4896243:0 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1-14-42243-ess Fil or Ent: filed From: 7/11/2017 To: 12/15/2017 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |

# Notice Recipients

District/Off: 0207−1                 User: krobinson                 Date Created: 12/18/2017

Case: 1−14−42243−ess                 Form ID: pdf000                 Total: 16

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov
tr        Lori Lapin Jones            ljones@jonespllc.com

                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
8597999   J.C. Investor, LLC          42−06A Bell Blvd., #300         Bayside, NY 11361
          Providence Ridge Assoc.          c/o Dana Plon, Esq.          123 South Broad Street         Phili, PA 19190
          La Monica Herbst & Maniscalco, LLP          Holly R. Holecek          3305 Jerusalem Ave.          Wantagh, NY
          11793
          Asian Expandere, Inc.          42−06A Bell Blvd #300          Bayside, NY 11361
          Sadatu Salami−Oyakhilome          147−26 Hillside Avenue          Jamaica, NY 11435
          Dan Shaked          44 Court Street          Suite 1217          Brooklyn, NY 11201
          LaMonica Herbst & Maniscalco, LLP          3305 Jerusalem Avenue          Wantagh, NY 11793
          Office of the United States Trustee          201 Varick Street, Suite 1006          New York, NY 10014
          Dana S. Plon, Esq.          Attorney for Providence Ridge Associates, LP          123 South Broad Street, Suite
          2100          Philadelphia, PA 19109
          Zhan Peng Cao          38 E. Broadway          Apt. #5          New York, NY 10002
          Li Ping Cao          1810 E Ridge Pike          Royersford, PA 19468
          Zhan Peng Cao          1810 E. Ridge Pike          Royersford, PA 19468
          Dennis J. O'Sullivan          210−13 2 lOth Street          Bayside, NY 11361
          Ai G. Zhang          42−06A Bell Boulevard #239          Bayside, NY 11361

                                                                                    TOTAL: 14